LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071-3119
Telephone:   (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2, ASSET BACKED CERTIFICATES SERIES 2006-2 (incorrectly sued herein as "Deutsche Bank NTC")

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN FERRER,<br><br>            Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES INC.; DEUTSCHE BANK NTC, and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. CV09-01252 R (PJWx)<br><br>**JUDGMENT**<br><br>Honorable Manuel L. Real |

[Proposed] Judgment

1

1  This Court, having granted the Motion to Dismiss filed by Defendants Saxon
2  Mortgage Services, Inc. and Deutsche Bank National Trust Company as Trustee for
3  GSAA Home Equity Trust 2006-2 Asset Backed Certificates Series 2006-2
4  (incorrectly sued herein as "Deutsche Bank NTC") with prejudice, IT IS ORDERED
5  AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE
6  and JUDGMENT IS RENDERED IN FAVOR OF DEFENDANTS.

DATED:   April 13, 2009

_____
Hon. Manuel L. Real
United States District Judge
Central District of California