LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2, ASSET BACKED CERTIFICATES SERIES 2006-2 (incorrectly sued herein as "Deutsche Bank NTC")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGUSTIN FERRER, | CASE NO. CV09-01252 R (PJWx) |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **ORDER AWARDING ATTORNEYS' FEES** |
| OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES INC.; DEUTSCHE BANK NTC, and DOES 1-10, inclusive, | **Filed Concurrently with:**<br>**1. Notice of Lodging**<br>**2. Declaration of Matthew B. McClendon** |
| Defendants. | |

The Court, having considered the testimony of Mitchell W. Roth on January 8, 2009 and January 13, 2009, the documents and evidence provided to the Court in this action, the arguments of counsel and the parties, and having found that this action was brought in bad faith and for the purposes of harassment, hereby awards Defendants

1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1  Saxon Mortgage Services, Inc. and Deutsche Bank National Trust Company as
2  Trustee for GSAA Home Equity Trust 2006-2, Asset Backed Certificates Series 2006-
3  2. their attorneys' fees of $7,850.00 pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. §
4  1927, and the Court's inherent power and authority to impose sanctions for willful
5  abuse of the judicial process, bad faith conduct during litigation, and filing of
6  frivolous papers.
7      The Court ORDERS that:
8      1.    Mitchell W. Roth and MW Roth PLC, jointly and severally, shall
9  reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.
10     2.    Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable
11 for Defendants' attorneys' fees in the amount of $7,850.00.

13 **IT IS SO ORDERED.**

16 DATED:  April 14, 2009    _____
17     Hon. Manuel L. Real
    United States District Court Judge
18     Central District of California

[Proposed] Order Awarding Attorneys' Fees

## CERTIFICATE OF SERVICE

I, Matthew B. McClendon, an attorney, do hereby certify that on April 13, 2009, I caused a copy of the foregoing [PROPOSED] ORDER AWARDING ATTORNEYS' FEES to be served by the method so indicated below upon the following parties:

*Mitchell W. Roth*
M.W. Roth, PLC
13245 Riverside Drive, Suite 320
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: April 13, 2009           By:     /s/ Matthew B. McClendon
                                        Matthew B. McClendon